# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SELINA M. LEWIS  
1318 CHESTNUT STREET  
ROCKFORD, IL 61103  

SSN-xxx-xx-1564

Case Number: 07-71868

Case filed on: 8/7/2007  
Plan Confirmed on: 10/22/2007  

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $2,640.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 1,103.08 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 1,103.08 | 0.00 |
| 999 | SELINA M. LEWIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | KISHWAUKEE AUTO CORRAL | 8,324.55 | 8,000.00 | 1,353.50 | 0.00 |
|  | Total Secured | 8,324.55 | 8,000.00 | 1,353.50 | 0.00 |
| 001 | THOMAS D LUCHETTI PC | 6,460.00 | 6,460.00 | 0.00 | 0.00 |
| 002 | KISHWAUKEE AUTO CORRAL | 0.00 | 324.55 | 0.00 | 0.00 |
| 003 | AMORINC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ASSET ACCEPTANCE CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | COMED CO | 1,370.60 | 1,370.60 | 0.00 | 0.00 |
| 006 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | FINCNTRL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FRANKS ADJ | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | G.C. SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | GET IT NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HSBC / TAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MIDLAND CREDIT MANAGEMENT INC | 407.04 | 407.04 | 0.00 | 0.00 |
| 013 | MUTUAL MANAGEMENT SERVICES | 13,984.73 | 13,984.73 | 0.00 | 0.00 |
| 014 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | NICOR GAS | 1,013.07 | 1,013.07 | 0.00 | 0.00 |
| 016 | SWEDISH AMERICAN HOSPITAL | 343.26 | 343.26 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 1,214.05 | 1,214.05 | 0.00 | 0.00 |
| 018 | AFNI/VERIZON WIRELESS | 129.78 | 129.78 | 0.00 | 0.00 |
| 019 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DEREK PRUITT | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SWEDISH AMERICAN ER PHYSICIANS | 118.00 | 118.00 | 0.00 | 0.00 |
| 022 | AMO RECOVERIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | BENEFICIAL NATIONAL BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ENCORE RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RENT-A-CENTER/GET IT NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | B-REAL LLC | 367.44 | 367.44 | 0.00 | 0.00 |
| 028 | ROUNDUP FUNDING LLC | 961.83 | 961.83 | 0.00 | 0.00 |
| 029 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | WE ENERGIES | 2,051.54 | 2,051.54 | 0.00 | 0.00 |
| 031 | CHECK IT | 185.71 | 185.71 | 0.00 | 0.00 |
|  | Total Unsecured | 28,607.05 | 28,931.60 | 0.00 | 0.00 |
|  | Grand Total: | 39,931.60 | 39,931.60 | 2,456.58 | 0.00 |

Total Paid Claimant: $2,456.58  
Trustee Allowance: $183.42  
Percent Paid Unsecured: 0.00  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008                    By  /s/Heather M. Fagan